IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                              MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:
*Batson v. Ethicon, Inc. et al.*,                                    2:14-cv-6455

## ORDER

Pending before the court is the plaintiff's Motion to Reinstate [ECF No. 11]. By Inactive Docket Order, I retired this case from the active docket and stated that I would reinstate the case to the active docket only upon a showing of good cause [ECF No. 8]. For good cause shown, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk is **DIRECTED** to remove the inactive docket flag, reinstate this case to the active docket, and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 25, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE